Steven T. Potts
STEVEN T. POTTS, PLLC
625 Central Avenue West, Suite 200
Great Falls, Montana 59404
Telephone: (406) 452-0065

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR-19-20-GF-BMM |
| vs. | MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION HEARING |
| JAMES EDWARD SNELL, JR., | |
| Defendant. | |

Defendant has moved the Court for a detention hearing. The Bail Reform Act requires the pretrial detention of a defendant only if a judicial officer determines that no conditions or combination of conditions exist which will "reasonably assure the appearance of the person," see <u>United States v. Xulam</u>, 84 F.3d 441, 442 (D. C. Cir. 1996) (per curiam), and "the safety of any other person and the community." <u>United States v. Rodriguez</u>, 897 F. Supp. 1461, 1463 (S. D. Fla. 1995); 18 U.S.C. § 3142(c). The government has the burden of proof, and a

hearing will show that neither basis for detention exists here.

DATED this 19th day of April, 2019.

STEVEN T. POTTS, PLLC


By  /s/ Steven T. Potts
    Steven T. Potts
    STEVEN T. POTTS, PLLC
    625 Central Avenue West, Suite 200
    Great Falls MT 59404
    Telephone: (406) 452-0065
    Facsimile:  (406) 452-8818
    (Attorney for Defendant)

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule, this certifies that the body of the attached memorandum contains 105 words, excluding the caption and certificate of compliance.

        /s/ Steven T. Potts

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2019, the foregoing was served upon the persons named below by mailing, hand-delivery, Federal Express, or by electronic transmission as indicated:

1.
Clerk of U.S. District Court

_____ U.S. Mail
_____ Federal Express
_____ Hand delivery
_____ Facsimiletransmission
1, 2   CM/ECF

2.
Ryan Weldon, Esq.
Jason Cobell, Esq.
Assistant United States Attorney
U.S. Attorney's Office
PO Box 8447
Great Falls, MT 59403
carl.rostad@usdoj.gov


STEVEN T. POTTS, PLLC


By  /s/   Steven T. Potts
    625 Central Avenue West, Suite 200
    Great Falls MT 59404
    (*Attorney for Defendant*)